UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2023 MAY 16 AM 10: 13

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| CHRIS C. CHAMBERS, | 18 U.S.C. § 472 |
| Defendant. | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| | FORFEITURE ALLEGATIONS |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Possession of Counterfeit Money)

1. On or about March 13, 2023, in the Southern District of Ohio, the defendant, **CHRIS C. CHAMBERS**, with intent to defraud, possessed falsely made, forged, and counterfeited obligations of the United States, that is, approximately $785.00 in counterfeit federal reserve notes, which he then knew to be falsely made, forged, and counterfeited.

**In violation of 18 U.S.C. § 472.**

## COUNT 2
### (Felon in Possession of Ammunition)

2. On or about March 13, 2023, in the Southern District of Ohio, the defendant, **CHRIS C. CHAMBERS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, specifically: one round of 9mm ammunition marked with a headstamp of "R – P, 9mm LUGER," and the ammunition was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION A

3. The allegations of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 492 and 28 U.S.C. § 2461(c)

4. Upon conviction of Count 1, the defendant, **CHRIS C. CHAMBERS**, shall forfeit to the United States all counterfeits of any obligations or other securities of the United States, or any articles, devices, and other things made, possessed, or used in any offense in violation of 18 U.S.C. § 472, or any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, including, but not limited to, the following:

   a. All whole and/or partial counterfeit federal reserve notes, including, but not limited to, the following:

    1. Three counterfeit $100.00 bills (S/N: LD54973145A);
    2. Nine counterfeit $50.00 bills (S/N: MB20179986B);
    3. One counterfeit $20.00 bill (S/N: B68201640E); and
    4. Three counterfeit $5.00 bills (S/N: MK62002803C).

b. An HP DeskJet 3772 printer (S/N: CN1BHBJOJC);

c. An HP DeskJet 2652 printer (S/N: CN91B8C028);

d. An HP LaserJet Pro Model MFP M28W printer (S/N: VNB3L23990);

e. Assorted electronic devices, including their contents, and more specifically:

    1. A blue Samsung cellular telephone, IMEI 357052525159711;
    2. A black Wiko cellular telephone;
    3. A black Cloud Mobile cellular telephone;
    4. A purple Maxwest tablet (S/N: NTO822090036958);

f. A Fiskars paper cutter; and

g. Two boxes of "check starter paper."

**Forfeiture notice pursuant to 18 U.S.C. § 492, 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

5. The allegations of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

6. Upon conviction of Count 1 or 2, the defendant, **CHRIS C. CHAMBERS**, shall forfeit to the United States any firearms or ammunition involved or used in such offense(s), including, but not limited to, all 9mm ammunition marked with a headstamp of "R – P, 9mm LUGER."

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

<u>s/Foreperson</u>
**Foreperson**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*

**NOAH R. LITTON (0090479)**
**Assistant United States Attorney**